UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TERESA ROBLES,
                      Plaintiff,                        07 CV 5312 (AKH)

       -against-

ALAN KASMAN, DBA KASCO,                        ANSWER
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES,INC.,
BROOKFIEDL FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNCH &CO, INC.,
NOMURA SECURITIES INTERNATIONS, INC.,
NOMURA HOLDING AMERICA, INC., STRUCTURE
TONE (UK), INC., STRUCTURE TOEN GLOBAL
SERVICES, INC., TOSCORP INC., VERIZON
NEW YORK, INC., VERIZON PROPERTIES, INC.,
WESTON SOLUTIONS, INC., WFP TOWER B CO GP
CORP., WFP TOWER HOLDING CO., LP AND WFP
TOWER B. CO LP.,
                      Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

>                Yours, etc.
>
>                FRIEDMAN, HARFENIST, LANGER & KRAUT
>                Attorneys for Defendant –Envirotech
>                3000 Marcus Avenue, Suite 2E1
>                Lake Success, New York 11042
>                (516) 775-5800
>
>                BY: _____
>                    Heather L. Smar (4622)