UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :

------------------------------------------------------------------X

TERESA ROBLES,                          :   07-CV-5312-AKH

                Plaintiff,         :

     - against -                            :   **APPEARANCE**

ALAN KASMAN DBA KASCO, *et al.*,        :   **ELECTRONICALLY FILED**

                Defendants.        :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                             By:   ___/s/ Judith R. Cohen___
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501
                                   *Attorney for Defendant*
                                   MERRILL LYNCH & CO., INC.