UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER         21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
TERESA ROBLES

                           Plaintiff,         Index No.: 07 cv 05312

       -against-
                                                **NOTICE OF**
RELATED BPC ASSOCIATES, INC.,          **APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,           **ELECTRONICALLY**
THE RELATED REALTY GROUP, INC. and     **FILED**
LIBERTY VIEW ASSOCIATES, L.P.,

                             Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:      New York, New York
              January 23, 2008


                                             LONDON FISCHER LLP

                               By: _____
                                        Gillian Hines Kost (GK-2880)
                                        59 Maiden Lane
                                        New York, New York 10038
                                        Phone: (212) 972-1000
                                        Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance